COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Barry Joseph Sallinger
Barry J. Sallinger
820 East St. Mary Blvd., Ste 1
Lafayette LA 70503

**REHEARING ACTION: March 30, 2016**

**Docket Number: 16   00004-KW**

**STATE OF LOUISIANA**
**VERSUS**
**RICHARD BAKER**

**Writ Application from Lafayette City Court Parish Case No. DT2015-00141, Ct2015-4778**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Richard Baker** is:

> **REHEARING DENIED:**  The pending application before this court cannot serve as a supplement to a prior writ application upon which a ruling has been issued.  Additionally, none of the criteria for considering a rehearing are presented. Uniform Rules—Courts of Appeal, Rule 2-18.7. Finally, the Defendant failed to timely file a notice of intent seeking review of the trial court's October 15, 2015 ruling within thirty days of that ruling. Uniform Rules—Courts of Appeal, Rule 4-3. "Rule 4-3 'promotes the finality of interlocutory rulings and prevents unnecessary delay in the administration of ongoing litigation'" but  should be "sparingly applied in cases in which a defendant does not unreasonably delay in asserting her constitutional and statutory right to seek supervisory review in the court of appeal of proceedings that have concluded in conviction and sentence." *State v. Goppelt*, 08-576, pp. 1-2 (La. 10/31/08), 993 So.2d 1188, 1188-89. This is a pre-trial proceeding for which the Defendant has an adequate remedy on appeal.  Accordingly, the request for rehearing is denied.

> Pickett, J., concurs.

cc: Amanda Liotto-Rogers, Counsel for  the Respondent